UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

WILLIAM ROBINSON, ROSA ROBINSON AND ROSITA'S A&J RESTAURANT LLC,
    Defendant(s).

Case No: 24-cv-21876-KMM

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, WILLIAM ROBINSON, ROSA ROBINSON AND ROSITA'S A&J RESTAURANT LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Sean P. O'Connor |
| Glenn R. Goldstein (FBN: 55873) | Sean P. O'Connor, Esq. (FBN: 684252) |
|   *Attorney for Plaintiff* |   *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | O'CONNOR LAW FIRM, PLLC |
| 8101 Biscayne Blvd., Ste. 504 | 650 NE 22 Terrace, Suite 202-3 |
| Miami, Florida 33138 | Homestead, Florida 33033 |
| 561.573.2106 | Tel. (305) 245-3230 |
| GGoldstein@G2Legal.net | oconnorlaw211@gmail.com |

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com