UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

WILLIAM ROBINSON, ROSA
ROBINSON AND ROSITA'S A&J
RESTAURANT LLC,
    Defendant(s).

Case No: 24-cv-21876-KMM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, RUDOLPH BETANCOURT, and Defendants, WILLIAM ROBINSON,

ROSA ROBINSON AND ROSITA'S A&J RESTAURANT LLC, by and through their

respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal

of this action *with prejudice* against Defendants, with each party to bear their own attorney's

fees and costs except as otherwise agreed in writing.

    Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Sean P. O'Connor
Sean P. O'Connor, Esq. (FBN: 684252)
   *Attorney for Defendants*
O'CONNOR LAW FIRM, PLLC
650 NE 22 Terrace, Suite 202-3
Homestead, Florida 33033
Tel. (305) 245-3230
   oconnorlaw211@gmail.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com